# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

In re:

      Theresa P DeVoe

      Debtor(s)

Case No. 14 B 31279

## CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT

Marilyn O. Marshall, chapter 13 trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 U.S.C. § 1302(b)(1). The trustee declares as follows:

1) The case was filed on 08/26/2014.

2) The plan was confirmed on 02/03/2015.

3) The plan was modified by order after confirmation pursuant to 11 U.S.C. § 1329 on 02/03/2015, 06/02/2015.

4) The trustee filed action to remedy default by the debtor in performance under the plan on 06/01/2015, 08/27/2015.

5) The case was Dismissed on 09/15/2015.

6) Number of months from filing to last payment: 10.

7) Number of months case was pending: 15.

8) Total value of assets abandoned by court order:  NA .

9) Total value of assets exempted:  NA .

10) Amount of unsecured claims discharged without payment: $0.00.

11) All checks distributed by the trustee relating to this case have cleared the bank.

**UST Form 101-13-FR-S (9/1/2009)**

## Receipts:

| | |
|---|---|
| Total paid by or on behalf of the debtor | $1,561.00 |
| Less amount refunded to debtor | $0.00 |

**NET RECEIPTS:** **$1,561.00**

## Expenses of Administration:

| | |
|---|---|
| Attorney's Fees Paid Through the Plan | $1,016.93 |
| Court Costs | $0.00 |
| Trustee Expenses & Compensation | $58.44 |
| Other | $0.00 |

**TOTAL EXPENSES OF ADMINISTRATION:** **$1,075.37**

Attorney fees paid and disclosed by debtor:       $800.00

## Scheduled Creditors:

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| Acceptance Now | Unsecured | 4,335.00 | NA | NA | 0.00 | 0.00 |
| Acceptance Now | Secured | 1,500.00 | 0.00 | 1,500.00 | 464.82 | 20.81 |
| Advocate South Suburban Hospital | Unsecured | 1,513.66 | NA | NA | 0.00 | 0.00 |
| American Water | Unsecured | 162.56 | NA | NA | 0.00 | 0.00 |
| Arnold Scott Harris | Unsecured | 901.00 | NA | NA | 0.00 | 0.00 |
| Asset Acceptance | Unsecured | 5,638.36 | NA | NA | 0.00 | 0.00 |
| AT&T | Unsecured | 831.00 | NA | NA | 0.00 | 0.00 |
| City of Chicago Department of Revenue | Unsecured | 902.00 | 743.62 | 743.62 | 0.00 | 0.00 |
| City of Harvey | Unsecured | 1,000.00 | NA | NA | 0.00 | 0.00 |
| City of Markham | Unsecured | 814.00 | NA | NA | 0.00 | 0.00 |
| Cook County Health & Hospital | Unsecured | 1,233.00 | NA | NA | 0.00 | 0.00 |
| Cook County Sheriff Dept. | Unsecured | 2,765.00 | NA | NA | 0.00 | 0.00 |
| Creditors Alliance | Unsecured | 14.00 | NA | NA | 0.00 | 0.00 |
| Creditors Collection B | Unsecured | 574.00 | NA | NA | 0.00 | 0.00 |
| DeJanaie Matthews | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| EMP of Cook County | Unsecured | 433.35 | NA | NA | 0.00 | 0.00 |
| Enhanced Recovery Corp | Unsecured | 612.00 | NA | NA | 0.00 | 0.00 |
| Executive Property Management | Unsecured | 669.00 | NA | NA | 0.00 | 0.00 |
| Gary Sanitary District | Unsecured | 1,200.00 | NA | NA | 0.00 | 0.00 |
| Illinois Department of Revenue | Priority | 512.42 | NA | NA | 0.00 | 0.00 |
| Illinois Dept Of Human Services | Unsecured | 2,419.40 | 1,676.98 | 1,676.98 | 0.00 | 0.00 |
| Illinois State Tollway Authority | Unsecured | 4,000.00 | NA | NA | 0.00 | 0.00 |
| Internal Revenue Service | Priority | 90.00 | 90.00 | 90.00 | 0.00 | 0.00 |
| JM AND MP INC | Unsecured | 1,599.00 | NA | NA | 0.00 | 0.00 |
| Linebarger, Goggan, Blair & Sampson | Unsecured | 564.00 | NA | NA | 0.00 | 0.00 |
| Merchants Credit Guide | Unsecured | 521.00 | NA | NA | 0.00 | 0.00 |
| Monique Matthews | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| Nathaniel DeVoe | Unsecured | 1,700.00 | NA | NA | 0.00 | 0.00 |
| NCO Financial | Unsecured | 412.00 | NA | NA | 0.00 | 0.00 |
| Oaklawn Radiology Imaging Consultnt | Unsecured | 478.00 | NA | NA | 0.00 | 0.00 |
| Penn Credit Corp. | Unsecured | 162.56 | NA | NA | 0.00 | 0.00 |

**UST Form 101-13-FR-S (9/1/2009)**

## Scheduled Creditors:

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| PLS | Unsecured | 654.00 | NA | NA | 0.00 | 0.00 |
| Publishers Clearing House | Unsecured | 26.94 | NA | NA | 0.00 | 0.00 |
| Resurgent Capital Services | Unsecured | 0.00 | 970.52 | 970.52 | 0.00 | 0.00 |
| SBC | Unsecured | 295.95 | NA | NA | 0.00 | 0.00 |
| Shererville Police Dept | Unsecured | 500.00 | NA | NA | 0.00 | 0.00 |
| SKO Brenner American, Inc. | Unsecured | 45.85 | NA | NA | 0.00 | 0.00 |
| South Suburban Hospital | Unsecured | 13,040.00 | NA | NA | 0.00 | 0.00 |
| Sprint Corp | Unsecured | 793.89 | 1,061.19 | 1,061.19 | 0.00 | 0.00 |
| St. James Hospital & Health Center | Unsecured | 3,314.10 | NA | NA | 0.00 | 0.00 |
| State of Illinois Dept. of Revenue | Unsecured | 700.00 | NA | NA | 0.00 | 0.00 |
| Suburban Emergency Phys. | Unsecured | 280.00 | NA | NA | 0.00 | 0.00 |
| Toni Frazier | Unsecured | 3,000.00 | NA | NA | 0.00 | 0.00 |
| Trustmark Recovery Services | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| University Park Fire Department | Unsecured | 521.00 | NA | NA | 0.00 | 0.00 |
| Village of Dixmoor | Unsecured | 500.00 | NA | NA | 0.00 | 0.00 |
| Village of Homewood | Unsecured | 500.00 | NA | NA | 0.00 | 0.00 |
| Village of Riverdale | Unsecured | 250.00 | NA | NA | 0.00 | 0.00 |

## Summary of Disbursements to Creditors:

| | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|
| **Secured Payments:** | | | |
| Mortgage Ongoing | $0.00 | $0.00 | $0.00 |
| Mortgage Arrearage | $0.00 | $0.00 | $0.00 |
| Debt Secured by Vehicle | $0.00 | $0.00 | $0.00 |
| All Other Secured | $1,500.00 | $464.82 | $20.81 |
| **TOTAL SECURED:** | **$1,500.00** | **$464.82** | **$20.81** |
| | | | |
| **Priority Unsecured Payments**: | | | |
| Domestic Support Arrearage | $0.00 | $0.00 | $0.00 |
| Domestic Support Ongoing | $0.00 | $0.00 | $0.00 |
| All Other Priority | $90.00 | $0.00 | $0.00 |
| **TOTAL PRIORITY:** | **$90.00** | **$0.00** | **$0.00** |
| | | | |
| **GENERAL UNSECURED PAYMENTS:** | **$4,452.31** | **$0.00** | **$0.00** |

## Disbursements:

| | |
|---|---|
| Expenses of Administration | $1,075.37 |
| Disbursements to Creditors | $485.63 |
| | |
| **TOTAL DISBURSEMENTS** : | **$1,561.00** |

**UST Form 101-13-FR-S (9/1/2009)**

12)  The trustee certifies that, pursuant to Federal Rule of Bankruptcy Procedure 5009, the estate has been fully administered, the foregoing summary is true and complete, and all administrative matters for which the trustee is responsible have been completed. The trustee requests a final decree be entered that discharges the trustee and grants such other relief as may be just and proper.

Dated: 11/16/2015                                    By: /s/ Marilyn O. Marshall
                                                                                    Trustee


**STATEMENT**:  This Unified Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.


**UST Form 101-13-FR-S (9/1/2009)**